Central Illinois Company et al., appellants, v. Sears, Roebuck and Company, appellee. Gen. No. 39,095.

Opinion filed January 4, 1937.

Ross & Watts, for appellants; Wadsworth Watts and Melvin A. Hardies, of counsel. Lederer, Livingston, Kahn, Adler & Adsit, for appellee; Sigmund Livingston and Archie Siegel, of counsel.

Mr. Presiding Justice Matchett delivered the opinion of the court.

Sam Blum, appellant, v. Provident Mutual Life Insurance Company of Philadelphia, appellee. Gen. No. 37,725.

Opinion filed January 4, 1937.

McKinley & Wagner and Harry L. Yale, for appellant; A. A. McKinley, of counsel. Mayer, Meyer, Austrian & Platt, for appellee; Miles G. Seeley, of counsel.

Mr. Justice McSurely delivered the opinion of the court.

Nellie Scully, appellee, v. Guy A. Richardson et al., appellants. Gen. No. 39,085.

Opinion filed January 4, 1937. Rehearing denied January 18, 1937.

Frank L. Kriete, C. C. Cunningham and Arthur J. Donovan, for appellants; John R. Guilliams, of counsel. Royal W. Irwin, for appellee.

Mr. Justice McSurely delivered the opinion of the court.